STATE OF NEW JERSEY, EX REL. JACOB HORN, RELA-
TOR, v. REINHART O. OSTERMANN, BUILDING IN-
SPECTOR OF THE TOWNSHIP OF MAPLEWOOD, AND
THE TOWNSHIP OF MAPLEWOOD, RESPONDENTS.

Submitted January 28, 1927—Decided May 13, 1927.

**Zoning—Stores and Apartment-House in Residence District—
Case Within Rule in Nutley Case.**

On application for *mandamus*. On demurrer to return to
an alternative writ.

Before GUMMERE, CHIEF JUSTICE, and Mr. Justice TREN-
CHARD.

For the relator, *Zucker & Goldberg* (*Maurice J. Zucker*,
of counsel).

For the respondents, *Samuel D. Williams*.

PER CURIAM.

The relator applied to the building inspector of the town-
ship of Maplewood for a permit to erect a two-story building
to contain three retail stores on the first floor and two apart-
ments on the second floor, on property owned by the relator
in Maplewood.

The permit was refused solely because under the zoning
ordinance of the township the erection of retail stores on the
premises of the relator was prohibited.

We think that the case is controlled by the case of *State* v.
*Nutley*, 99 *N. J. L.* 389. That case in the Court of Errors
and Appeals is binding in this court in the absence of modi-
fications by that court, and as yet there have been none.

The relator is entitled to judgment, with costs, and a per-
emptory writ will issue.